IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOEL FRANZEN, | ) | 4:14CV3228 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| PERFORMANT RECOVERY, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the parties' joint stipulation (filing 7) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party.

DATED this 22nd day of December, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge